IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERRILL HOLLINGER,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 15-3126 |
| | : | |
| **NANCY A. BERRYHILL,** Acting | : | |
| **Commissioner of Social Security** | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this 26th day of October, 2017, upon consideration of the plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. #13); the defendant's Response to Request for Review of Plaintiff (Doc. #15); the plaintiff's Reply Brief (Doc. #16); and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Henry S. Perkin, IT IS HEREBY ORDERED that:

1. The plaintiff's Objections are OVERRULED;[1]

---

[1] Upon *de novo* review, I find that the plaintiff's Objections are meritless. First, the ALJ properly determined that the plaintiff's obesity was not a severe impairment. The record contains no evidence that the plaintiff's obesity significantly limited her ability to perform basic work activities. Second, the ALJ's determination of the plaintiff's residual functional capacity properly accounted for all of the plaintiff's limitations, including her concentration, persistence, and pace limitations. Substantial evidence supports the ALJ's finding that the plaintiff has the ability to maintain "a reasonable degree" of concentration, persistence, and pace. The ALJ thus limited the plaintiff to simple, routine, repetitive tasks; non-fast-paced work; simple work-related decisions; and few, if any, work place changes. Third, the four challenges to the ALJ's credibility determination are meritless. Substantial evidence supports his determination. Finally, the ALJ properly discounted the opinion evidence of Julia Loytsker-Borish, Psy.D., and chose to give more weight to the opinion of state agency psychological consultant, Dr. Garito. The ALJ properly set forth his rationale for doing so. Accordingly, I will adopt and approve Judge Perkin's well-written Report and Recommendation.

2. The Report and Recommendation is APPROVED and ADOPTED;

3. The decision of the Commissioner of Social Security is AFFIRMED.

                        BY THE COURT:

                        */s/ Lawrence F. Stengel*
                        LAWRENCE F. STENGEL, C. J.